*In the matter of the claim of* WILLIAM STEVENS VS. THE ESTATE OF
EBENEZER ARNOLD, *deceased.*

A party appealing from the decision of Commissioners appointed to adjust claims against the
estate of a deceased person, must show by his application that he has been injured by the
allowance or disallowance of a sum, to the amount of twenty dollars at least; otherwise
his appeal will be dismissed.

*Washtenaw Circuit, February Term,* 1870.

William Cheever, administrator of the estate of Ebenezer
Arnold, deceased, applied for an appeal from the decision of the
Commissioners appointed to examine and adjust claims against
said estate, in allowing a claim of William Stevens, and in such
application alleged the following grounds or reasons for appeal:

First, " The Commissioners allowed to said Stevens a sum
*much larger* than the amount equitably due to him from said
deceased."

Second, " The said Commissioners did not allow in favor of
the estate of said deceased, the amount of credits or offsets
which should be allowed."

A certified copy of such allowance and appeal being filed in
this Court,

O. Hawkins, of Counsel for the claimant, moved to dismiss
the appeal for the reason that the causes alleged in the applica-
tion were not such as entitled the administrator to appeal under
the statute (*C. L.* Chap. 96, Sec. 22) in that it is not claimed,
that the sum *allowed* to the claimant, and to which the adminis-
trator objected was of the amount of *twenty dollars*, or that the
sum disallowed as a credit or offset in behalf of the Estate was
of the amount of *twenty dollars*.

L. D. Norris for the administrator, urged in resisting the
motion,

1st, That the statute referred to does not apply to cases of
appeal by an administrator, but the cases of appeal by a claim-
ant against an estate.

2nd, But if it did apply, the causes for appeal as alleged,
were sufficient.

*By the Court,* HIGBY, J.—The statute applies equally to cases of appeal by an executor or administrator, representing the estate, and by a claimant against an estate, as a reference to the two preceeding sections, in connection with section 22, *C. L.*; clearly shows—the only difference being that if a claimant against an estate appeal, he must give bond with security, to secure the estate against damages and costs. If the appeal is by an executor or administrator, no bond is required.

It is necessary that the party claiming an appeal should state affirmatively in his application, at least one of the causes for which the appeal is allowed: to-wit, that the sum allowed by the commissioners, *and objected to by the appellant,* amounts to at least twenty dollars; or, that the sum claimed by the appellant, and disallowed by the commissioners was of the amount of at least twenty dollars.

As the application for the appeal in this case fails to state either, the motion to dismiss must be granted with costs.